# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
7-31-17

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric Antonio Diaz Garcia, | ) | Case No. 17-8340MJ |
| a.k.a.: Eric Antonio Diaz-Garcia, | ) | |
| a.k.a.: Jorge Jr Cossio, | ) | |
| (A206 105 066) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 31, 2017 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Eric Antonio Diaz Garcia, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about July 14, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 1, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 31, 2017, Eric Antonio Diaz Garcia was arrested by the Chandler Police Department and booked into the Chandler City Jail (CCJ) on local charges. While incarcerated at the CCJ, Diaz Garcia was screened by ICE Officer M. McGuire who determined Diaz Garcia to be a citizen of Mexico, illegally present in the United States. On July 31, 2017, an immigration detainer was lodged with the city jail. On July 31, 2017, Diaz Garcia was released from the CCJ and transported to the Phoenix ICE office for further investigation and processing. Diaz Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Eric Antonio Diaz Garcia to be a citizen of Mexico and a previously deported criminal alien. Diaz Garcia was removed from the United States to Mexico through El Paso, Texas, on or about July 14, 2014, pursuant to an order of removal issued by an immigration official. There is no record of Diaz Garcia in any Department of Homeland Security database to suggest that he obtained

2

permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Diaz Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Eric Antonio Diaz Garcia was convicted of Possession of Drug Paraphernalia, a felony offense, on April 28, 2014, in the Superior Court of Arizona, Maricopa County. Diaz Garcia was sentenced to eighteen (18) months' probation. Diaz Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On July 31, 2017, Eric Antonio Diaz Garcia was advised of his constitutional rights. Diaz Garcia freely and willingly agreed to provide a statement under oath. Diaz Garcia stated that his true and complete name is Eric Antonio Diaz Garcia and that he is a citizen of Mexico. Diaz Garcia stated that he illegally entered the United States "por el monte," without inspection by an immigration officer. Diaz Garcia further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 31, 2017, Eric Antonio Diaz Garcia, an alien, was found in the United States of America, at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about July 14, 2014, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 1st day of August, 2017.

_____
John Z. Boyle,
United States Magistrate Judge